JAMES P. KOHLER, Respondent, v. JOHN B. MCMAHON, Defendant, and PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment reversed and new trial granted, costs to abide the event, upon the ground that upon the record we cannot attempt to fix the value of plaintiff's services prior to his discharge. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concurred.

LONG BEACH TRUCKING COMPANY, INC., Appellant, v. SAMUEL WOODROW, Trading, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concurred.

LEWIS G. MITCHELL, Appellant, v. THE CITY OF NEW YORK and Others, Respondents. (Appeal No. 1.) — The negative findings as to the absence of proof of damage are sustained by the evidence. Opinions of experts that this elevated station has caused a reduction of rental value cannot overcome the actual fact of an increase of such rents, and there is no basis to assume that these conditions will not continue. Hence there was no warrant for more than nominal damages. Judgment unanimously affirmed, with costs. Present — Jenks, P. J., Mills, Rich, Putnam and Kelly, JJ.